IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 5605

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
INTERIOR, et al.,

Defendant.

CASE NO. CV08-

(Proposed) MMC
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Janette K. Brimmer , whose business address and telephone number is

Earthjustice, 705 Second Avenue, Suite 203, Seattle, WA 98104; (206) 343-7340.

and who is an active member in good standing of the bar of Minnesota State Supreme Court

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: December 18 2008.

_____
United States District      Judge

United States District Court
For the Northern District of California