1  JOHN C. CRUDEN
   Acting Assistant Attorney General
2  United States Department of Justice
   Environment & Natural Resources Division
3
   JEAN E. WILLIAMS, Section Chief
4  SETH M. BARSKY, Assistant Section Chief
   KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443)
5  Kristen.Gustafson@usdoj.gov
   MICHAEL R. EITEL (Neb. Bar No. 22889)
6  Michael.Eitel@usdoj.gov
   ERIK E. PETERSEN (D.C. Bar No. 489073)
7  Erik.Petersen@usdoj.gov
   Trial Attorneys, Wildlife & Marine Resources Section
8  U.S. Department of Justice
   Environment & Natural Resources Division
9  Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
10 Tel: 202-305-0339 / Fax: 202-305-0275

11 CHARLES R. SHOCKEY (D.C. Bar No. 914879)
   Trial Attorney, Natural Resources Section
12 United States Department of Justice
   Environment and Natural Resources Division
13 501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
14 Tel: (916) 930-2203/ Fax: (916) 930-2210
15 Email: charles.shockey@usdoj.gov

16 *Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, et al., <br><br> Defendants. | Case No: CV-08-5605-MHP <br><br> **JOINT STIPULATION TO EXTEND THE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET DATE FOR PRODUCTION OF ADMINISTRATIVE RECORD** |

1  WHEREAS, Plaintiffs filed the above captioned case on December 16, 2008;

2  WHEREAS, Plaintiffs served the United States Attorney's Office for the Northern District
3  of California with the Summons and Complaint on December 16, 2008;

4  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants' response to
5  Plaintiffs' Amended Complaint would be due on February 17, 2009;

6  WHEREAS, Defendants aver that they require additional time, up to and including March
7  13, 2009, in which to formulate a response to the issues presented in the Plaintiffs' Complaint;

8  WHEREAS, pursuant to Civ. L.R. 6-1, the "[p]arties may stipulate in writing, without a
9  Court order, to extend the time within which to answer or otherwise respond to the complaint . . .
10  provided the change will not alter the date of any event or any deadline already fixed by Court
11  order. . .";

12  WHEREAS, the agreed-upon extension will not affect or alter any current scheduling
13  deadlines fixed by this Court (i.e., Docket No. 2);

14  WHEREAS, without prejudice to any argument, claim, or defense that any party may have
15  in this case, the parties agree that Defendants shall produce the administrative records for the
16  challenged actions in this case by April 15, 2008,

17  NOW, THEREFORE, the parties hereby stipulate as follows:

18  1.  Defendants' time in which to respond to Plaintiffs' Amended Complaint shall be
19      enlarged to March 13, 2009.
20  2.  Defendants shall produce the administrative records to Plaintiffs by April 15, 2009.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED February 5, 2009 | Respectfully submitted, |
| 3 | | JOHN C. CRUDEN<br>Acting Assistant Attorney General |
| 4 | | United States Department of Justice<br>Environment & Natural Resources Division |
| 5 | | |
| 6 | | JEAN E. WILLIAMS, Section Chief<br>SETH M. BARSKY, Assistant Section Chief |
| 7 | | ERIK E. PETERSEN (D.C. Bar No. 489073)<br>Erik.Petersen@usdoj.gov |
| 8 | | |
| 9 | |  /s/ Erik Petersen                                              <br>ERIK E. PETERSEN (D.C. Bar No. 489073) |
| 10 | | Erik.Petersen@usdoj.gov<br>KRISTEN L. GUSTAFSON (D.C. Bar. N. 460443) |
| 11 | | Kristen.Gustafson@usdoj.gov<br> MICHAEL R. EITEL (Neb. Bar No. 22889) |
| 12 | | Michael.Eitel@usdoj.gov<br>Trial Attorneys, Wildlife & Marine Resources Section |
| 13 | | U.S. Department of Justice<br>Environment & Natural Resources Division |
| 14 | | Ben Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369 |
| 15 | | Tel: 202-305-0339 / Fax: 202-305-0275 |
| 16 | | CHARLES R. SHOCKEY (D.C. Bar No. 914879) |
| 17 | | Trial Attorney, Natural Resources Section<br>United States Department of Justice |
| 18 | | Environment and Natural Resources Division<br>501 "I" Street, Suite 9-700 |
| 19 | | Sacramento, CA 95814-2322<br>Tel: (916) 930-2203/ Fax:  (916) 930-2210 |
| 20 | | Email: charles.shockey@usdoj.gov |
| 21 | | *Attorneys for Federal Defendants* |
| 22 | | |
| 23 | DATED February 5, 2009 | Andrew Elsas Wetzler<br>awetzler@nrdc.org |
| 24 | | |
| 25 | |  /s/ Andrew Wetzler                                              |
| 26 | | Andrew Elsas Wetzler<br>Natural Resources Defense Council, Inc. |
| 27 | | 101 N Wacker Drive<br>Suite 609 |
| 28 | | Chicago , IL 60606<br>312-780-7429 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: 312-663-6620
Email: awetzler@nrdc.org

Janette K. Brimmer
Earthjustice Legal Defense Fund
705 Second Avenue
Suite 203
Seattle , WA 98104
(206)343-7340
Fax: (206)343-1526
Email: jbrimmer@earthjustice.org

*Attorneys for Plaintiffs*

1
2 **CERTIFICATE OF SERVICE**
3
     I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk
4
of Court using the CM/ECF system which will automatically send email notification to the attorneys
5
of record.
6
7
8                                       */s/ Erik Petersen*
                                       Erik E. Petersen, Trial Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation to Extend Time                                                       Civ. No. 08-5605-MHP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

NATURAL RESOURCES DEFENSE COUNCIL, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

    Defendants.

Case No: CV-08-5605-MHP

[**PROPOSED**] **ORDER REGARDING JOINT STIPULATION TO EXTEND THE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET DATE FOR PRODUCTION OF ADMINISTRATIVE RECORD**

This matter having come before the Court on the parties' Joint Stipulation to Extend the Time in which to Respond to Plaintiffs' Complaint and to Set Date for Production of Administrative Record, the Court finds that:

1. Defendants' time in which to respond to Plaintiffs' Amended Complaint shall be enlarged to March 13, 2009.
2. Defendants shall produce the administrative records to Plaintiffs by April 15, 2009.

IT IS SO ORDERED,



_____
Judge Marilyn H. Patel

[Proposed] Order                        Civ. No. 08-5605-MHP