IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

NATURAL RESOURCES DEFENSE COUNCIL, et al.,

    Plaintiffs,

 v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

    Defendants.

Case No: CV-08-5605-MHP

[PROPOSED] ORDER REGARDING JOINT STIPULATION TO EXTEND THE TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET DATE FOR PRODUCTION OF ADMINISTRATIVE RECORD

This matter having come before the Court on the parties' Joint Stipulation to Extend the Time in which to Respond to Plaintiffs' Complaint and to Set Date for Production of Administrative Record, the Court finds that:

1. Defendants' time in which to respond to Plaintiffs' Amended Complaint shall be enlarged to March 13, 2009.

2. Defendants shall produce the administrative records to Plaintiffs by April 15, 2009.

IT IS SO ORDERED,

Dated:  2/9/09



_____

[Proposed] Order             Civ. No. 08-5605-MHP